1

2

3

4

5

6            **IN THE UNITED STATES DISTRICT COURT**

7              **FOR THE DISTRICT OF ARIZONA**

8

9    Tad Ryan Brown,                                No. CV-24-01284-PHX-JZB

10                   Plaintiff,                     **ORDER**

11   v.

12   Unknown Party,

13                   Defendant.

14

15          This matter was assigned to Magistrate Judge John Z. Boyle. (Doc. 3). On March

16   31, 2025, the Magistrate Judge filed a Report and Recommendation with this Court.[1]

17   (Doc. 19). The Magistrate Judge has recommended that this action be dismissed for

18   Plaintiff's failure to timely serve the Defendant[2] and for failure to comply with the

---

19   [1]      This case is assigned to a Magistrate Judge. However, not all parties have
20   consented to the jurisdiction of the Magistrate Judge. Thus, the matter is before this Court
     pursuant to General Order 21-25, which states in relevant part:

21          When a United States Magistrate Judge to whom a civil action has been
22          assigned pursuant to Local Rule 3.7(a)(1) considers dismissal to be
            appropriate but lacks the jurisdiction to do so under 28 U.S.C. § 636(c)(1)
23          due to incomplete status of election by the parties to consent or not consent
            to the full authority of the Magistrate Judge,

24          **IT IS ORDERED** that the Magistrate Judge will prepare a Report and
25          Recommendation for the Chief United States District Judge or designee.

26          **IT IS FURTHER ORDERED** designating the following District Court
            Judges to review and, if deemed suitable, to sign the order of dismissal on
27          my behalf:

28          Phoenix/Prescott: Senior United States District Judge Stephen M.
            McNamee
     [2] Plaintiff requested a subpoena to ascertain the identity of Defendant and filed proof of

1    Court's orders. To date, no objections have been filed.

2    **STANDARD OF REVIEW**

3    The Court "may accept, reject, or modify, in whole or in part, the findings or

4    recommendations made by the magistrate." 28 U.S.C. § 636(b)(1)(C); see Baxter v.

5    Sullivan, 923 F.2d 1391, 1394 (9th Cir. 1991). Parties have fourteen days from the

6    service of a copy of the Magistrate's recommendation within which to file specific

7    written objections to the Court. 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 6, 72. Failure to

8    object to a Magistrate Judge's recommendation relieves the Court of conducting *de novo*

9    review of the Magistrate Judge's factual findings and waives all objections to those

10    findings on appeal. See Turner v. Duncan, 158 F.3d 449, 455 (9th Cir. 1998). A failure to

11    object to a Magistrate Judge's conclusion "is a factor to be weighed in considering the

12    propriety of finding waiver of an issue on appeal." Id.

13    **DISCUSSION**

14    Having reviewed the Report and Recommendation of the Magistrate Judge, and no

15    Objections having been made by any party thereto, the Court finds dismissal to be

16    appropriate. The docket shows that Plaintiff sought and was provided permission to serve

17    third-party subpoenas in order to ascertain the identity of the appropriate defendant in

18    July of 2024. (Doc. 16). Plaintiff filed proof of service of the subpoenas on August 16,

19    2024. (Doc. 17). Plaintiff then made no more filings and sought no further extension of

20    Plaintiff's time to effect service pursuant to Federal Rule of Civil Procedure 4(m). On

21    November 16, 2024, the Magistrate Judge ordered Plaintiff to show cause why this matter

22    should not be dismissed for failure to effect service. (Doc. 18). Plaintiff made no

23    response. Nearly four months later, the Magistrate Judge issued the instant Report and

24    Recommendation that this action be dismissed for Plaintiff's failure to serve and failure

25    to follow the Court's orders. (Doc. 19). As Plaintiff has made no objection or responded

26    in any other fashion to the Report and Recommendation, the Court finds that this matter

27    should be dismissed and hereby incorporates and adopts the Magistrate Judge's Report

28    

service of such subpoena on XXX. Thereafter, Plaintiff made no additional filings.

1    and Recommendation.

2                                      **CONCLUSION**

3          Accordingly, for the reasons set forth,

4          **IT IS ORDERED adopting** the Report and Recommendation of the Magistrate

5    Judge. (Doc. 19).

6          **IT IS FURTHER ORDERED dismissing without prejudice** Plaintiff's claims

7    for failure to effect timely service and for failure follow the Court's orders.

8          Dated this 5th day of May, 2025.

9

10    _____
                        Stephen M. McNamee
11                     Senior United States District Judge

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28